Argued and submitted December 20, 1996, affirmed February 12, 1997

STEVEN RAY WAGY,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(A90587 (Control) and A94238)

934 P2d 448

Andy Simrin, Deputy Public Defender, argued the cause for petitioner. With him on the briefs was Sally L. Avera, Public Defender.

Mary H. Williams, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *Kessler v. Board of Parole,* 145 Or App 584, 931 P2d 801 (1997).